**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

EDWIN M. LIVINGOOD, : No. 744 MAL 2014
:
Petitioner :
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
v. :
:
:
:
UNEMPLOYMENT COMPENSATION :
BOARD OF REVIEW, :
:
Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of April, 2015, the Petition for Allowance of Appeal is **DENIED**.